UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANDJELKA KNEZEVIC, | Case No. 2:14-cv-01655-RFB-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Exempt ENE – Dkt. #23) |
| ELDORADO RESORTS CORPORATION, et al., | |
| Defendants. | |

Before the court is Defendants' Request that the Court Exempt this Case from the Early Neutral Evaluation Session, or in the Alternative, to Allow an Exemption for Personal Attendance (Dkt. #15). The court has reviewed Defendants' Motion and Plaintiff's Reply (Dkt. #23) filed March 26, 2015. The Early Neutral Evaluation session is currently scheduled for April 16, 2015, at 1:30 p.m.

This is one of four related cases filed in this district. Defendants argue that the parties previously participated in and ENE with Judge Foley in one of the cases and were so far apart that there is no genuine opportunity to resolve this matter at this time without some material discovery. Defendants therefore seek to exempt this case from an ENE in its entirety. Alternatively, Defendants request that those individuals required to travel from out of state (Foster, Marrs, and Polansky) be excused from personal attendance at the ENE and be permitted to appear telephonically for the duration of the ENE session.

Plaintiff responds that based upon what has happened in a related matter, an ENE in this matter would not be constructive and would not be an efficient use of time for the Court, parties and counsel. Plaintiff ultimately agrees that this matter should be exempt from an ENE session. However, Plaintiff does not object to the exemption of individuals traveling from out of state to appear telephonically.

1

1  Accordingly,

2  **IT IS ORDERED** that Defendants' Request that the Court Exempt this Case from the
3  Early Neutral Evaluation Session, or in the Alternative, to Allow an Exemption for Personal
4  Attendance (Dkt. #15) is GRANTED in that this case is exempted from the ENE requirement
5  and the ENE currently scheduled for April 16, 2015 is VACATED..

6  DATED this 31st day of March, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE