1
2
3
4
5
6                         UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                     * * *

9    Chaveratana Susia Ledvina,              | **AMENDED ORDER FOR STATUS AND
                                             | SCHEDULING CONFERENCE**
10                   Plaintiff,

11   v.                                       Case No.: 2:14-cv-01414-RFB-PAL

12   Eldorado Resorts Corporation *et al.*,

13                   Defendants.

14   _____

15   Fabian Villarreal,

16                   Plaintiff,

17   v.                                       Case No.: 2:14-cv-01415-RFB-PAL

18   Eldorado Resorts Corporation *et al.*,

19                   Defendants.

20   _____

21   Christine M. Harwick

22                   Plaintiff,

23   v.                                       Case No.: 2:14-cv-01651-RFB-PAL

24   Eldorado Resorts Corporation *et al.*,

25                   Defendants.

26   _____

27
28

Andjelka Knezevic,

            Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

            Defendants.

Case No.: 2:14-cv-01655-RFB-PAL

---

Osvaldo Raul Andreatta,

            Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

            Defendants.

Case No.: 2:15-cv-00749-RFB-PAL

---

Rajii Arora,

            Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

            Defendants.

Case No.: 2:15-cv-00751-RFB-PAL

---

Frank Baccala,

            Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

            Defendants.

Case No.: 2:15-cv-00752-RFB-PAL

---

Erin Saak

          Plaintiff,

v.                                                  Case No.: 2:15-cv-00754-RFB-PAL

Eldorado Resorts Corporation *et al.*,

          Defendants.

---

Saeed Azizi,

          Plaintiff,

v.                                                  Case No.: 2:15-cv-00755-RFB-PAL

Eldorado Resorts Corporation *et al.*,

          Defendants.

---

Douglas Bull,

          Plaintiff,

v.                                                  Case No.: 2:15-cv-00756-RFB-PAL

Eldorado Resorts Corporation *et al.*,

          Defendants.

---

Andrew Moser,

          Plaintiff,

v.                                                  Case No.: 2:15-cv-00757-RFB-PAL

Eldorado Resorts Corporation *et al.*,

          Defendants.

---

Corey Wells,

          Plaintiff,

v.                                                  Case No.: 2:15-cv-01006-RFB-PAL

Eldorado Resorts Corporation *et al.*,

          Defendants.

| | |
|---|---|
| Lance Burns, | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-01009-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Sean Mitropanopolous, | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-01014-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Steven Olshansky, | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-01017-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Gail Barnes, | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-01026-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Don Parr, | |
| Plaintiff, | |
| v. | Case No.: 2:15-cv-01028-RFB-PAL |
| El Dorado Resorts Corporación *et al.,* | |
| Defendants. | |

| | |
|---|---|
| Mohammed Ali Sekkat,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporation *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-01029-RFB-PAL |
| Marcella Parr,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01030-RFB-PAL |
| Susan Scheinburg,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01031-RFB-PAL |
| Julie Santovito,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01032-RFB-PAL |

A status and scheduling conference is **RESET** for **2:00 p.m., September 4, 2015, in Las Vegas Courtroom 3B** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

Dated this 4th day of August, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE