ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDJELKA KNEZEVIC,<br><br>               Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a<br>Florida Corporation, *et al.*,<br><br>               Defendants. | Case No.:  2:14-cv-01655-RFB-PAL<br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO FILE DISPOSITIVE<br>MOTIONS AND RESPONSES<br>THERETO**<br><br>**(FIRST REQUEST)** |

      Pursuant to LR 6-1, 6-2, 7-1 and 26-4, Plaintiff Andjelka Knezevic ("Plaintiff" or

"Knezevic") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs")

and Kristen Beck ("Beck") (sometimes hereinafter referred to collectively as "Defendants"), by

and through their undersigned counsel, hereby stipulate and agree to extend the time for the parties

to file dispositive motions in this action.  Pursuant to the Court's Order of January 5, 2016, Order

(Doc. # 53), the current deadline for filing dispositive motions is Wednesday, March 2, 2016.  The

parties have completed all discovery in this case, and good cause exists for the proposed extension

of time to file and respond to dispositive motions.  The extension is necessary, given the current briefing schedule for dispositive motions in the consolidated actions.  Currently, the deadline for dispositive motions is March 1, 2016 in two matters, and the dispositive motion deadline is March 2, 2016 in two additional matters.  Given the numerous claims involved in each of these actions, expanding the briefing schedule for the dispositive motions will allow the parties to fully brief the issues in each of the four cases in Group I of the consolidated actions.  Additionally, Plaintiff's counsel is scheduled to be in trial throughout the month of March 2016, and, therefore, will be unable to file or respond to any dispositive motions.  Based on the foregoing, the parties have agreed that the dispositive motion deadlines should be extended in the following manner:

- Defendant shall file its dispositive motion no later than **Wednesday, March 16, 2016**;
- Plaintiff will file her opposition no later than **Friday, April 15, 2016**; and
- Defendant shall file its reply no later than **Friday, May 13, 2016**.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1         This Stipulation is not brought for purposes of delay or any other improper purpose.

2    DATED this 24th day of February, 2016.     DATED this 24th day of February, 2016.

3

4    WATKINS & LETOFSKY, LLP     OGLETREE, DEAKINS, NASH, SMOAK
     & STEWART, P.C.

5    /s/ Daniel R. Watkins     /s/ Jill Garcia

6    Daniel R. Watkins     Anthony L. Martin
     Brian S. Letofsky     Jill Garcia

7    400 S. Fourth Street     Shelley L. Murray
     Suite 280     3800 Howard Hughes Parkway

8    Las Vegas, NV 89101     Suite 1500

9    Telephone: 702-385-5191     Las Vegas, NV 89169
     *Attorneys for Plaintiff*     Telephone: 702-369-6800

10        *Attorneys for Defendants*

11        **ORDER**

12        IT IS SO ORDERED.

13

14        UNITED STATES MAGISTRATE JUDGE

15

16        February 25, 2016

     DATED

17

18

19

20

21

22

23

24

25

26

27

28