Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
400 South Fourth Street, Suite 280
Las Vegas, NV 89101
Office: (702) 385-5191; Fax: (702) 385-7282

Attorneys for Plaintiff, ANDJELKA KNEZEVIC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDJELKA KNEZEVIC,<br><br>　　　　　Plaintiff;<br><br>　vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01655-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

　　　　Pursuant to LR 6-1, 6-2 and 7-1 and 26-4, at Plaintiff's request, Plaintiff Andjelka Knezevic ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (sometimes hereinafter referred to collectively as "Defendants") by and through their undersigned counsel, hereby stipulate and agree to extend the time for Plaintiff to file Plaintiff's Response to Defendants' Motion for Summary Judgment and Defendants to file Defendants' Reply thereto. Defendants' Motion for Summary Judgment was filed on 3/16/2016. Pursuant to the Court's Order dated February 25, 2016, (Doc. #59), the current deadline for filing Plaintiff's Opposition to Defendants' Motion for Summary Judgment is April 22, 2016; and for filing Defendants' Reply is May 20, 2016. Good cause exists for the proposed extension of time to file Plaintiff's

1  Response and Defendants' Reply related to Defendants' Motion for Summary Judgment.
2  Defendants' filed Motions for Summary Judgment in three other related matters.  Plaintiff
3  indicates that each Motion for Summary Judgment is lengthy, and has extensive exhibits.
4  Reviewing and identifying relevant evidence for each of Defendants' arguments amidst hundreds
5  of pages of disclosures, deposition transcripts, etc. has proved for Plaintiff to be much more time
6  consuming than anticipated.  Based on the foregoing, the parties have agreed that the deadlines
7  above should be extended in the following manner:

- Plaintiff shall file Plaintiff's Response to Defendants' Motion for Summary Judgment no later than **Friday, April 29, 2016**;
- Defendants shall file Defendants' Reply in Support of Defendants' Motion for Summary Judgment no later than **Friday, May 27, 2016**.

Dated this 22nd day of April, 2016.                     Dated this 22nd day of April, 2016.

WATKINS & LETOFSKY, LLP                          OGLETREE, DEAKINS, NASH,
                                                                              SMOAK & STEWART, P.C.

 /s/ Daniel R. Watkins                                           /s/ Jill Garcia
Daniel R. Watkins                                                  Anthony L. Martin
Brian S. Letofsky                                                    Jill Garcia
400 S. Fourth Street                                               Brian L. Bradford
Suite 280                                                               3800 Howard Hughes Parkway
Las Vegas, NV  89101                                           Suite 1500
Telephone:  702-385-5191                                    Las Vegas, NV  89169
Attorneys for Plaintiff                                           Telephone:  702-369-6800
                                                                              Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2016.