ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDJELKA KNEZEVIC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01655-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Andjelka Knezevic ("Plaintiff") and Defendant Eldorado Resorts Corporation ("Eldorado"), by and through their undersigned counsel, that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

1. Each party to bear their own fees and costs.

Dated this 7th day of September, 2018.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Eran Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| Eran Forster | Brian L. Bradford |
| 8215 South Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 265 | Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Andjelka Knezevic* | *Attorneys for Defendants Eldorado Resorts Corporation* |

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

September 7, 2018
DATE